## STATEMENT OF FACTS

On Wednesday, September 30, 2020, members of the Metropolitan Police Department (MPD) Fourth District Crime Suppression Team (4D CST) responded to a call for a sound of gunshot, where one round was reportedly fired in front of 610 Newton Place Northwest in Washington, D.C. Officers spoke to a concerned citizen who gave the lookout for a black male with dreadlock style hair wearing camouflage cargo pants that was putting an object into his pocket that may have been a firearm. The citizen stated that this individual was last seen on foot heading toward the 3500 block of Georgia Avenue Northwest.

Officers started to canvass for the individual. While at the intersection of Newtown Place Northwest and Georgia Avenue Northwest, officers observed a black male wearing camouflage cargo pants and a gray sweater with dreadlock style hair standing in the doorway of the store at 3501 Georgia Avenue Northwest. This individual was later identified as Christopher Lucas (Defendant Lucas). Upon the sight of police presence, Defendant Lucas entered the store.

Officers entered the store behind Defendant Lucas and made contact with him. Officers requested his identification card, which he gave over willingly. Officers then explained to Defendant Lucas that he matched the lookout for a man with a gun and asked if they could pat him down. Defendant Lucas said he had done nothing wrong and told the officers that they could not pat him down. Officers detained Defendant Lucas in handcuffs and conducted a pat down. Officer Alarcon felt a firearm in the front of the pants worn by Defendant Lucas. The firearm was recovered. Defendant Lucas was placed under arrest. Officers asked Defendant Lucas if he had a permit to carry a firearm, to which he replied, "No".

After arrest, Defendant Lucas was read his Miranda Rights and waived, agreeing to speak with Detective Zhang without an attorney present. Defendant Lucas stated that he found the firearm. Defendant Lucas also stated that he has previously been shot and he carries the firearm for protection. Defendant Lucas acknowledged that he was previously convicted of a felony offense and was not legally allowed to possess a firearm.

The firearm that recovered from the front of Defendant Lucas's pants was determined to be a Smith and Wesson, model SW40 VE, .40 caliber semiautomatic handgun with a serial number that is altered and obliterated. When it was recovered, it was loaded with one (1) round in the chamber and nine (9) rounds in an extended, high fourteen (14) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

Case: 1:20-mj-00195
Assigned to: Judge G. Michael Harvey
Assign Date: 10/01/2020
Description: COMPLAINT W/ARREST WARRANT

      A criminal history check of Defendant Lucas through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Aggravated Assault, Knowingly while Armed, Bias related in the Superior Court for the District of Columbia, case number 2013 CF2 20980. The defendant was sentenced to forty-eight (48) months of incarceration for this offense, thirty-six (36) months of which were suspended. This conviction in the Superior Court for the District of Columbia was under the Youth Rehabilitation Act; however, it was not successfully completed and Defendant Lucas did not receive the benefits of the Youth Rehabilitation Act for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER BYRON ALARCON
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of October, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE